UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT JASON MORGAN,<br><br>Defendant. | Case No. 2:13-CR-071-JCM-VCF<br><br>**ORDER FOR PLACEMENT IN THE RESIDENTIAL RE-ENTRY CENTER** |

Presently before the court is the matter of U.S. v. Morgan.

On March 20, 2013, this court held a hearing for revocation of supervised release as to defendant Robert Jason Morgan ("Mr. Morgan"). The Court agreed to modify Mr. Morgan's supervision to include his residence in the residential re-entry center for up to six (6) months.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant Robert Jason Morgan reside in a residential re-entry center/Half-way House for up to six (6) months.

DATED: March 20, 2013

UNITED STATES DISTRICT JUDGE

1